IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN DANIEL SMITH,<br><br>*Defendant*. | Case No. 1:25-MJ-647 |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, William H. Bowler, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. This Affidavit is submitted in support of a Criminal Complaint and arrest warrant for **JONATHAN DANIEL SMITH (SMITH)**. Based on the information contained in this affidavit, I submit that probable cause exists to believe that on or about July 21 and July 24, 2025, **SMITH**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock 27 .40 Smith and Wesson pistol bearing serial number BVAU184, said firearm having been shipped or transported in interstate or foreign commerce, in violation of 18 U.S.C. § 922(g)(1).

**AGENT BACKGROUND**

2. I am a Detective with the Prince William County Police Department ("PWCPD"). I have been employed as a police officer with the PWCPD since 2013. I have been assigned to the Street Crimes Unit since 2019. I am currently assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), where I am federally deputized as a Task Force Officer with the ATF's Northern Virginia Violent Crime Task Force. As such, I am a law enforcement officer

as defined under 18 U.S.C. § 2510(7) (i.e. an officer of the United States of a political sub-division thereof, who is empowered to conduct investigations of and to make arrests for federal offenses). During my time in law enforcement, I have participated in the application and execution of numerous arrest and search warrants in the investigations of narcotics and firearms-related offenses, resulting in the prosecution and conviction of numerous individuals and the seizure of illegal drugs, weapons, stolen property, and other evidence of criminal activity.

3. During my time in law enforcement, I have investigated violations of federal and state narcotics laws. I have conducted or participated in numerous investigations involving narcotics-related offenses, which have resulted in the seizure of illegal drugs and drug proceeds. These investigations have led to the arrest and conviction of drug distributors and users. Through my training and experience, I am familiar with the actions, habits, traits, methods, and terminology used by drug traffickers and abusers of controlled substances. Through my employment, I have gained knowledge in the use of various investigative techniques including the use of physical surveillance, undercover agents, confidential informants, cooperating witnesses, the controlled purchase of illegal narcotics, electronic surveillance, consensually monitored recordings, investigative interviews, and the execution of search and arrest warrants. I have testified at trials, grand jury proceedings, and at preliminary hearings. I have also been certified as an expert in the distribution of narcotics in the Prince William County Courts.

4. The facts and information contained in this Affidavit are based on my personal knowledge of the investigation and information obtained from other law enforcement officers. The observations of these law enforcement officers were relayed to me by the individuals who made them or are based on my review of police reports, documents, body worn camera footage, and physical evidence obtained during the investigation.

5. This Affidavit does not contain every fact known to me or the government regarding this investigation but rather contains only information necessary to demonstrate probable cause in support of a criminal complaint and arrest warrant.

## FACTS SUPPORTING PROBABLE CAUSE

6. On July 21, 2025, at approximately 2:26 p.m., PWCPD responded to a report of a shooting in the area of the Shell Station located at 14352 Gideon Drive, Woodbridge, VA.

7. PWCPD arrived at the Shell station and spoke with witnesses who reported hearing a gunshot and seeing people run from the Shell station. There were no victims or suspects waiting at the Shell station when officers arrived. A victim returned to the Shell station later and was uncooperative with the investigation.

8. PWCPD reviewed surveillance footage of the incident that showed two subjects engage in a physical altercation in the parking lot before one of the subjects, later identified as SMITH, pulls out a pistol and a fight ensues over the weapon. The pistol is discharged into the pavement before it falls to the ground, and the victim of the assault runs away from the parking lot. SMITH picks up the pistol before walking away from the area.



*SMITH and the victim fighting over the pistol. (Figure 1)*



*SMITH picking up the pistol from the parking lot. (Figure 2)*



*SMITH holding a pistol after the assault. (Figure 3)*

9.      While investigating the shooting scene PWCPD located a spent .40 Smith and Wesson cartridge case in the parking lot where the assault occurred along with a mark in the concrete believed to be caused by a bullet strike.



*.40 Smith and Wesson cartridge case found in the parking lot. (Figure 4)*

10.     PWCPD Officer Gately was able to obtain quality images of SMITH from surveillance video and broadcast that to members of the department to identify him in relation to the shooting.



*Identifiable photo of SMITH. (Figure 5)*

6

11. On July 24, 2025, at approximately 12:00 p.m., PWCPD Officer Gately was in the area of Worth Avenue in Woodbridge, VA when he observed SMITH, yet unidentified, and believed him to be the Shell station shooter. Officer Gately observed SMITH enter the passenger side of a minivan and leave the area. The minivan committed a traffic violation and Officer Gately initiated a traffic stop for that violation, and for his belief that the unidentified shooter from Shell gas station was in the vehicle. Upon being stopped SMITH immediately fled from the minivan and ran across Opitz Boulevard into Potomac Festival Plaza.

12. While running from PWCPD, SMITH ran through a parking lot of vehicles and was in and out of officers' view. SMITH eventually gave up in the area of Paisanos Pizza in Potomac Festival Plaza. In *Figure 6* below, the yellow dot marks the initiation of the traffic stop and the red dot marks the location where SMITH was arrested.



*Overview of Potomac Festival parking lot. (Figure 6)*

7

13. After arresting SMITH, PWCPD officers were alerted by two concerned citizens about the discovery of a pistol beneath a vehicle in the parking lot of the Savers thrift store. One witness reported that he located a pistol under his vehicle and it did not belong to him. A second witness told Officer Gately that she was walking with her children in the parking lot when she heard a thud and metallic noise and saw SMITH close to the ground. The witness then saw officers chasing SMITH. Once the witness saw SMITH was in custody, she walked to the area where she heard the noise and observed a black pistol on the pavement under a vehicle. The second witness wrote a witness statement and provided that to PWCPD.



*Glock 27 pistol on the ground beneath a vehicle in front of Savers (Figure 7)*



*Glock 27 pistol with extended magazine. (Figure 8)*

14.     PWCPD collected the firearm and identified it as a Glock 27 .40 Smith and Wesson pistol with an extended magazine, bearing serial number BVAU184. The extended magazine was loaded with fifteen .40 Smith and Wesson cartridges. There was no cartridge in the chamber. The extended magazine can contain twenty-two cartridges of .40 Smith and Wesson. A check of the Glock website ([GLOCK 27 - G27 - Concealed Carry Pistol](#)) shows that the Glock 27 pistol is designed with a magazine capable of holding only nine cartridges, inconsistent with the magazine located with the pistol by PWCPD. Additionally, the pistol was found to have been stolen.

15.     On September 4, 2025, I transferred the Glock 27 pistol from SMITH's arrest and the .40 Smith and Wesson cartridge case from the Shell gas station shooting to the custody of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I transported the items to the ATF laboratory in Beltsville, MD where I requested the items be processed for NIBIN and forensically compared. Following that forensic comparison, the .40 Smith and Wesson

cartridge case recovered from the Shell gas station shooting was identified as having been fired from the Glock 27 pistol recovered during SMITH's arrest.

16. In my training and experience, I know that the Glock 27 .40 Smith and Wesson pistol, bearing serial number BVAU184, which was recovered from the pavement under a vehicle where SMITH was observed running during the events described herein, was shipped or transported in interstate or foreign commerce.

17. SMITH is a convicted felon in the Commonwealth of Virginia, having been previously convicted of Possession of a Firearm by a Felon in 2023. This crime is punishable by imprisonment for a term exceeding one year. As a convicted felon, SMITH is prohibited from knowingly possessing firearms.

18. Based on the investigation conducted by PWCPD officers and the evidence located on the scene, SMITH was arrested and charged with Possession of Ammunition by a Convicted Felon, Possession of a Firearm by a Convicted Felon, Carrying Concealed Weapon, and Reckless Handling of a Firearm. SMITH has been held at the Prince William County Adult Detention Center since his arrest.

## CONCLUSION

19. Based on the foregoing, I submit that probable cause exists to believe that on or about July 21 and July 24, 2025, **SMITH**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock 27 .40 Smith and Wesson pistol bearing serial number BVAU184, said firearm having been shipped or transported in interstate or foreign commerce, in violation of 18 U.S.C. § 922(g)(1).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*William Bowler*
_____
William H. Bowler
ATF Task Force Officer


Subscribed and sworn to by telephone in accordance with Fed. R. Crim. Proc. 4.1 on November 10, 2025.

Digitally signed by Ivan Davis
Date: 2025.11.10 14:53:15 -05'00'
_____
The Honorable Ivan D. Davis
United States Magistrate Judge