IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED IN OPEN COURT
DEC - 3 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN SMITH,<br><br>Defendant. | Case No. 1:25-CR-324<br><br>Counts 1-2<br>Felon in Possession of a Firearm<br>(18 U.S.C. § 922(g)(1))<br><br>Forfeiture Notice |

**INDICTMENT**
December 2025 Term – at Alexandria, Virginia

COUNT ONE
(Felon in Possession of a Firearm and Ammunition)

THE GRAND JURY CHARGES THAT:

On or about July 21, 2025, in Prince William, Virginia, within the Eastern District of Virginia, the defendant, JONATHAN SMITH, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock, Model 27 Gen5, 40 S&W caliber pistol bearing serial number BVAU184, , said firearm and ammunition having been shipped and transported in interstate and foreign commerce, and did knowingly possess ammunition, that is, fifteen rounds contained within a Glock magazine, said ammunition having been shipped and transported in interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

## COUNT TWO
(Felon in Possession of a Firearm and Ammunition)

THE GRAND JURY FURTHER CHARGES THAT:

On or about July 24, 2025, in Prince William, Virginia, within the Eastern District of Virginia, the defendant, JONATHAN SMITH, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock, Model 27 Gen5, 40 S&W caliber pistol bearing serial number BVAU184, , said firearm and ammunition having been shipped and transported in interstate and foreign commerce, and did knowingly possess ammunition, that is, fifteen rounds contained within a Glock magazine, said ammunition having been shipped and transported in interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE FOR FORFEITURE, AS DESCRIBED BELOW:

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the defendant, JONATHAN SMITH, is hereby notified that, if convicted of any of the offenses alleged in this Indictment, he shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the offense.

The property subject to forfeiture includes, but is not limited to, the following: a Glock, Model 27 Gen5, 40 S&W caliber pistol bearing serial number BVAU184, loaded with 15 rounds of ammunition.

Pursuant to Title 21, United States Code, Section 853(p), the defendant, JONATHAN SMITH, shall forfeit substitute property, if, by any act or omission of the defendant, if the item located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(All pursuant to Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.)

A TRUE BILL:

*Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office*

_____
FOREPERSON

Lindsey Halligan
United States Attorney and Special Attorney

Todd W. Blanche
Deputy Attorney General

Robert K. Mcbride
First Assistant United States Attorney

By: _____
Ronald L. Walutes, Jr.
Assistant United States Attorney